1  Al Lustgarten, Bar #189503
   Lustgarten Law
   30851 Agoura Rd # 114
2  Agoura Hills, Ca 91301
   818-907-5866 (FAX) 818-461-5959
3  ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC ) | |
|     Plaintiff,   vs. ) | Case No.: 2:11-CV-07638-WDK-FMO |
| Jesus S.Pelayo, et al, ) | **RENEWAL OF JUDGMENT BY CLERK** |
|     Defendant, ) | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc and against Defendant, Jesus S. Pelayo, individually d/b/a Pelayos Burgers, entered on September 25, 2012, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 4,600.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | $ | **4,600.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | $ | **4,600.00** |
| f. | Interest after judgment(.18%) | $ | 81.23 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **4,681.23** |

Dated: 9/27/2022 _____   CLERK, by  *Sharon Hall Brown*  _____
                                              Deputy Clerk

KIRY K. GRAY, EXECUTIVE CLERK OF COURT
UMITED STATES DISTRICT COURT

Renewal of Judgment